IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| DEBORAH D. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C/A No. 3:08-02144-RBH-JRM |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Upon consideration of Defendant's Unopposed Motion for Entry of Judgment and the

fully favorable ALJ decision, it is hereby ordered that Judgment for Plaintiff is entered pursuant

to Fed. R. Civ. P. 58(b).

      **AND IT IS SO ORDERED.**

                                           s/ R. Bryan Harwell
                                           R. Bryan Harwell
                                           United States District Judge

May 6, 2010

**We so move and consent to entry of this Order:**


KEVIN F. McDONALD
Acting United States Attorney

By:   */s/ Beth Drake*                    */s/ Edgar R. Donnald,  Jr.*
        BETH DRAKE                         Edgar R. Donnald, Jr., Esq.
        Assistant United States Attorney   23 West Calhoun Street
        1441 Main Street, Suite 500        Sumter, SC 29150
        Columbia, SC 29201
        (803) 929-3000


        Of Counsel for the Defendant:

        Donna L. Calvert
        Acting Regional Chief Counsel, Region VIII
        Jennifer Randall, Assistant Regional Counsel
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado 80294
        (303) 844-0813